# Third District Court of Appeal

## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0410
Lower Tribunal No. 19-5346
_____

**Susan Braun,**
Appellant,

vs.

**Tracey Sager, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Yvonne Colodny, Judge.

Susan Braun, in proper person.

Gutter Chaves Josepher Rubin Forman Fleisher Miller P.A., and Sean M. Lebowitz (Boca Raton), for appellees.

Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Bertrand v. Belhomme</u>, 892 So. 2d 1150, 1153 (Fla. 3d DCA 2005) ("The evidence to support a finding of fraud must be clear and convincing."); <u>Est. of Herrera v. Berlo Indus., Inc.</u>, 840 So. 2d 272, 273 (Fla. 3d DCA 2003) ("[I]ssues not presented in the trial court cannot be raised for the first time on appeal."); <u>Visoly v. Sec. Pac. Credit Corp.</u>, 768 So. 2d 482, 491–92 (Fla. 3d DCA 2000) ("[A]n appeal which lacks a factual basis or well-grounded legal argument will be considered devoid of merit.").